```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

DERIC LaVELLE MAY, # 209534,   :

    Plaintiff,                  :

vs.                            :   CIVIL ACTION 15-30-KD-M

BENNIE ANDREWS, *et al.,*      :

    Defendants.                 :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 24th day of April 2015.

                        <u>s/ Kristi K. DuBose</u>
                        KRISTI K. DuBOSE
                        UNITED STATES DISTRICT JUDGE